```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RUSSELL TINSLEY                :      CIVIL ACTION
                               :
           v.                  :
                               :
GLORIA, ET AL                  :      NO. 05-2785

O R D E R

         AND NOW, this 5th day of January, 2006, after *de novo* review as required by 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b):

        1.  Petitioner's Objections to the Magistrate Judge's Report and Recommendation are overruled;

        2.  The Report and Recommendation is approved and adopted;

        3.  The petition for a writ of habeas corpus is denied and dismissed; and

        4.  There is no probable cause to issue a certificate of appealability.

IT IS SO ORDERED.[1]

                                          BY THE COURT:

                                          JOHN R. PADOVA,         J.

---

1. Petitioner's objections to the Magistrate Judge's Report and Recommendation present no new issues.  The issues that have been set forth by such objections have been correctly and adequately addressed by the Magistrate Judge's Report and Recommendation.  It is now approved and adopted.